FILED
September 09, 2010
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0002916208

Total pages: 2
JAMES E. SALVEN
Chapter 7 Trustee
8427 N. Millbrook Ave., Ste. 101
Fresno, California 93720
(559) 230-1095

# IN THE UNITED STATES BANKRUPTCY COURT
# EASTERN DISTRICT OF CALIFORNIA

In the Matter of

SEVERINA PARKER,

Debtor(s).

Case No. 09-19215-B-7

DC No. JES-2

MOTION FOR AUTHORIZATION TO SELL PERSONAL PROPERTY

Date: October 20, 2010
Time: 10:00 a.m.
Dept: B

TO THE HONORABLE W. RICHARD LEE, UNITED STATES BANKRUPTCY JUDGE:

James Salven respectfully represents:

1. He is the duly appointed, qualified and acting trustee of the above-entitled estate.

2. The above-captioned case was filed under Chapter 7 on September 24, 2009.

3. This Court has jurisdiction over this proceeding by virtue of 28 U.S.C. §1334(a). This is a "core" proceeding pursuant to 28 U.S.C. §157(b)(2)(A). This motion is brought pursuant to 11 U.S.C. §363.

4. Among the assets of this estate is a: 2003 G.M.C. Yukon, bearing VIN 1GKFK66U63J241579.

2500 Tulare St., Fresno, California, on October 20, 2010, at 10:00 a.m., or as soon thereafter as the matter may be heard.

**NOTICE IS FURTHER GIVEN** that, pursuant to Local Rule 9014, opposition, if any, to the granting of the motion shall be in writing and shall be served upon the Trustee James E. Salven, at the above noted address and filed with the Court at least fourteen (14) calendar days preceding the above referenced hearing date. Failure to do so may be deemed a waiver of any opposition and the matter may be resolved without oral argument.

DATED: 9/8/10

_____
JAMES E. SALVEN
Chapter 7 Trustee